**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-139

STUDENTS FOR LIFE AT COLORADO STATE UNIVERSITY, et al.,

*Plaintiffs,*

v.

WILLIAM E. MOSHER, et al.,

*Defendants.*

---

STIPULATION OF DISMISSAL WITH PREJUDICE

---

NOW COME the Plaintiffs and stipulate to the dismissal of this action with prejudice with each of the parties to bear its own costs. In support thereof, Plaintiffs state as follows:

1. The parties have reached a resolution in this case that resolves all claims.
2. The parties stipulate that this lawsuit should be dismissed with prejudice.
3. This is not a class action lawsuit, no receiver has been appointed, and no federal statute that requires a court order for dismissing a case governs this lawsuit.
4. Plaintiffs have not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

Respectfully submitted this 30th day of May, 2017,

*s/ Tyson C. Langhofer*
TYSON C. LANGHOFER

*Attorneys for Plaintiffs*